UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cornelius Ambe,

Plaintiff,

v.

Metallurgical, Inc.,

Defendant.

CIVIL FILE NO. 00-2636 RHK/SRN

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

- ☒ The Clerk is directed to file the Complaint.
- ☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: December 7, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Filed DEC 07 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________